December 21, 2022

Traci Denise WIlson
1007 Saint Michael's Drive
Bowie, MD 20721

Dear Honorable Judge Brinkema, United States District Court,

My name is Traci Denise WIlson and I have been a Registered Nurse since 2005.  I currently work as a Lead Nurse at Kaiser Permanente in Largo, Maryland. I have several years of experience in the emergency room and urgent care treating a wide range of patient populations. I have experience communicating effectively with distressed patients and coordinating with multidisciplinary teams to provide high-quality care.

Since 2008, when we first met, I've known Ricardo Thorne. We both worked as registered nurses at Howard University Hospital, which is a Level 1 Trauma Center and General Hospital located in Washington, District of Columbia. Since then, our families have grown increasingly close with the passing of the years. Since then, he has impressed me as a reliable professional, truthful, and respectful team player. He handles his work with meticulous care and an unwavering commitment to excellence. His remarkable communication abilities and quick problem-solving ability have left an impression on me. I admire the fact that he is always willing to share his expertise and knowledge with others in order to educate them, and I respect the fact that he works so hard. During the time that I've known him, he's finished his Bachelor's degree and is planning to move on to his Master's. In addition, he has served as a teacher and mentor for other people working in the healthcare organization, including myself.

I consider it a tremendous honor and blessing to know Ricardo Thorne.

Sincerely yours,


Traci Wilson