November 21, 2022

**TO WHOM IT MAY CONCERN:**

I would like to take a moment to comment on two healthcare professionals at the Emergency Department who cared for me on 11/03/2022. They are

**Mr. Ricardo Thorne Jr, RN and Ms. Tina Littlejohn, Assistant Nurse Manager.**

Upon checking in to receive treatment at the emergency room, I started exhibiting a lot of anxiety and nervousness. They both immediately identified this. Each of them kept coming over to reassure me that everything would be all right. This was comforting to me. Their pleasant, courteous, polite, professional and humorous demeanor helped a lot in relieving me of my distress and kept my mind off of why I was at the emergency room. Good healthcare professionals strive to put the patient at ease and make them as comfortable as possible. Both of them are masterful at doing this. The care that they give is beyond reproach. One can see that they perform their job with great pride and passion. People with the skills and dedication that Mr. Thorne and Ms. Littlejohn possess are much needed in the VA healthcare system. Hopefully, these traits will transfer to others. I loved the care that they gave to me, and I am sure that they give the same quality of care to all veterans and other people entrusted with their care. I feel that I can speak for other veterans by saying they are both great healthcare professionals. I left the emergency room with the sense that they were not only my caregivers, but my friends as well. I cannot say enough good things about them. Mr. Thorne and Ms. Littlejohn are definitely a valuable asset to the Emergency Department. You made a great hire and I wish them the best of luck and a long career with the VA.

**THANK YOU FOR YOUR SERVICE! THANK YOU FOR YOUR SUPPORT!**

**Lysander Jacks**

USMC Veteran, 0227

**larryporter.2324@gmail.com**