# Mid-Atlantic Epilepsy & Sleep Center

| | |
|---|---|
| Pavel Klein, M.B., B.Chir | 6410 Rockledge Drive, Suite 610 |
| Jonathan Ross, M.D. | Bethesda, MD 20817 |
| Amanda Pong, M.D. | Phone: (301) 530-9744 |
| Alexander Ramos, M.D. | Fax: (301) 530-0046 |
| William Leahy, M.D. | www.epilepsyandsleep.com |
| Hospitalists: | |
| Perry Smith, M.D. | |
| Deidre Ammah, M.D. | |

February 22, 2023

Patient:
    Name: Thorne, Ricardo
    DOB: 12/22/1970

**Medical Clearance Letter**

To whom it may concern:

Mr. Ricardo Thorne is a patient under my professional care for the treatment of his epilepsy (ICD 10: G40.219). I have been treating Mr. Thorne since 2012 for his condition. Mr. Thorne's last breakthrough seizure occurred 7 months ago, and he was previously having seizures every 3 months from 2020-2021. I believe that his condition will continue to improve as long as he continues to take medications as instructed, and continue to follow with me.

Sincerely,

*[signature]*

Dr. Pavel Klein

*Comprehensive Epilepsy Center Specializing in the Diagnosis and Treatment of Seizures, Sleep Disorders, Neuroendocrinology and Women's Health Issues*