UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. RICARDO GLENN THORNE, Jr.                    Docket No. 1:22CR00154-004

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Michelle M. Suleiman, PROBATION OFFICER, presenting an official report upon the conduct of defendant Ricardo Glenn Thorne, Jr., who was placed under pretrial release supervision by The Honorable Ivan D. Davis, U.S. Magistrate Judge, sitting in the court at 401 Courthouse Square, Alexandria, Virginia, 22314, on August 31, 2022, under the following conditions:

- Report to Pretrial Services as directed.
- Surrender any passport.
- Not obtain a passport or other international travel document.
- Do not travel outside the Washington, D.C. metropolitan area without prior approval of the Court or Pretrial Services.
- No contact with codefendants or witnesses in the charged offense unless in the presence of counsel.
- Not possess a firearm, destructive device, or other weapon.
- Submit to and pay for testing for a prohibited substance if required by Pretrial Services.
- Participate in and pay for a program of inpatient or outpatient substance abuse therapy and counseling if directed by Pretrial Services.
- Report as soon as possible, to Pretrial Services, very contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- Not purchase or possess any domestic animals unless approved by Pretrial Services or engage in any illegal activities involving domestic animals.
- Not access a computer and/or internet unless a computer monitoring program has been installed by the probation office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

PRAYING THAT THE COURT WILL ORDER a SUMMONS for the defendant to show cause why his conditions of release should not be revoked.

**ORDER OF COURT**

Considered and ordered this 2nd day of June, 2023 and ordered filed and made a part of the records in the above case.

/s/ LMB
Leonie M. Brinkema
United States District Judge

Issue summons to appear Tuesday, June 6, 2023 at 9:00 am. LMB

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: June 2, 2023

Randall E. H—  Digitally signed by Randall Hyler
Date: 2023.06.02 11:56:13 -04'00'

for Michelle M. Suleiman
U.S. Probation Officer
Place: Alexandria

The Honorable Leonie M. Brinkema  Page 2
RE:  THORNE, Ricardo Glenn Jr.

On November 29, 2022, Your Honor ordered that the defendant be continued on the same bond with the following additional conditions:

- Defendant shall cooperate with the probation office for the presentence investigation.
- Defendant shall reappear on March 7, 2023 at 9:00 a.m. for sentencing.

On March 7, 2023, the defendant appeared for sentencing before Your Honor and received a sentence of 12 months and 1-day incarceration. The Courted ordered that:

- The defendant shall surrender for service of sentence no sooner than June 30, 2023, at the institution designated by the Bureau of Prisons as notified by the United States Marshal. Until he self-surrenders, the defendant shall remain under the Order Setting Conditions of Release entered on August 31, 2022, with the added condition that when notified as to where to report, the defendant self-surrender to the facility as directed.

Based on information received regarding a letter being submitted to the Court by the defendant's wife alleging alcohol abuse and domestic violence, the Probation Office began investigating matters related to this. Prior to the notification, the Probation Offices for the Eastern District of Virginia and the District of Maryland held a three-way meeting with the defendant on May 11, 2023, to discuss similar allegations made by the defendant's wife. The defendant denied any such allegations. As a follow up, the Probation Office conducted an automated record check with the National Crime Information Center (NCIC) to determine if there was a restraining order placed on the defendant and none was found. However, the record check did reveal that on May 10, 2023, a warrant was issued for the defendant pursuant to a misdemeanor charge of First-Degree Assault, in Prince George's County, Maryland. At this time, the Probation Office is still investigating the circumstances and nature of the charge.