IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | 1:22-cr-154 (LMB) |
| RICARDO GLENN THORNE, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in open court, the Judgment entered on March 8, 2023 as to defendant Ricardo Glenn Thorne, Jr. [Dkt. No. 146] is AMENDED to provide that the defendant shall surrender for service of his sentence by Friday, June 16, 2023, at noon, and it is hereby

ORDERED that the defendant self-surrender by that time to FCI Fairton, where he has been designated by the United States Bureau of Prisons to serve his sentence, unless otherwise informed by the Court.

The Clerk is directed to forward copies of this Order to counsel of record and the United States Pretrial Services Office.

Entered this 6th day of June, 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge